IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FRANCIS PATRON | § | |
| | § | No. 117, 2018 |
| Petitioner-Below, | § | |
| Appellant, | § | Court Below: Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| LUCY O'NEIL | § | C.A. No. CS16-01550 |
| | § | |
| Respondent-Below, | § | |
| Appellee. | § | |

Submitted:   October 31, 2018
Decided:     November 2, 2018

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

# O R D E R

This 2nd day of November 2018, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Family Court in its Opinion dated February 7, 2018,

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice